IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY _SP_ D.C.

05 APR 18 PM 1:26

ROBERT P. DI TROLIO
CLERK OF US DIST. CT.
W.D. OF TN.-JACKSON

UNITED STATES OF AMERICA

vs.                                                  Cr. No.1:00-CR-10008-01-T

JEFFERY WAYNE WYKE

JUDGMENT ON SUPERVISED RELEASE VIOLATION

This cause came to be heard on April 12, 2005, Assistant U. S. Attorney, James W. Powell , representing the government, and the defendant appeared in person and with counsel, M. Dianne Smothers, Federal Public Defender, who was appointed and admits to the allegations set forth in the Supervised Release Violation Petition. After questioning the defendant, hearing statements of counsel, the Court finds the defendant guilty as charged in the Supervised Release Violation Petition.

IT IS THEREFORE ORDERED that the defendant has violated the terms of his supervised release and that he be sentenced to the custody of the Bureau of Prisons for a period of **fourteen (14) MONTHS,** with no additional supervise release.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __04-20-05__

(53)

The Court recommend defendant serve sentenced at an institution as close to West Tennessee as possible.

The defendant is remanded to the custody of the United States Marshal.

IT IS SO ORDERED.

*James D. Todd*
JAMES D. TODD
UNITED STATES DISTRICT JUDGE
DATE: 18 April 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 53 in case 1:00-CR-10008 was distributed by fax, mail, or direct printing on April 20, 2005 to the parties listed.

---

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT